**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CITIMORTGAGE, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | No. 3:15-CV-2892-N (BF) |
| | § | |
| **HARRESSA L. GORMER, and** | § | |
| **ORION A. GORMER,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand be **GRANTED** and the case be remanded back to state court for further proceedings.

**SO ORDERED** this 17th day of December, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE